**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **LEIDA MARCELINA PEREZ LOPEZ,** | § | |
| **Petitioner,** | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-459-KC** |
| **TODD M. LYONS et al.,** | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

On this day, the Court considered the case. On February 26, 2026, the Court granted in part Leida Marcelina Perez Lopez's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide her with a bond hearing before an immigration judge ("IJ"), at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, her continued detention; or (2) release her from custody, under reasonable conditions of supervision. Feb. 26, 2026, Order 3–4, ECF No. 7.

Respondents have now informed the Court that on March 3, 2026, an Immigration Judge ("IJ") ordered Perez Lopez released on a $1,500.00 bond. Status Report, ECF No. 8; *see id.* Ex. A ("IJ Order"), ECF No. 8-1. And, on March 5, Perez Lopez was released from custody. Status Report; *id.* Ex. B ("Form I-830"), ECF No. 8-2.

It appears that no matters remain to be resolved in this case. *See generally* Pet., ECF No. 1; Feb. 26, 2026, Order. Accordingly, **the Clerk shall close the case.** To the extent Perez Lopez wishes to seek additional relief from the Court, she may file a motion to reopen.

**SO ORDERED**.

**SIGNED this 6th day of March, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE